Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
ronc2009@gmail.com



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, | CASE NO: CV 15 3010 |
| Plaintiffs, | VERIFIED COMPLAINT FOR DAMAGES |
| vs. | VIOLATION OF 47 USC 227 et seq. TCPA; |
| SETH J. FEINBERG; | VIOLATION OF 15 USC 1692 et seq. FDCPA; |
| Defendant. | VIOLATION OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CC 1788 et seq. |
| | DEMAND FOR TRIAL BY JURY |

COMPLAINT

Plaintiff, RONALD CUPP, individually hereby sues Defendant SETH J. FEINBERG. for violations of the FDCPA 15 USC §1692, violations of the TCPA 47 USC §227, and the California Rosenthal Fair Debt Collection Practices Act Civil Code 1788.

**PRELIMINARY STATEMENT**

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Telephone Consumer Protection Act (TCPA) 47 USC §227(b)(1)(A), Telephone Consumer Protection Act (TCPA) 47 USC §227(b)(1)(A)(iii), Fair Debt

Collection Practices Act (FDCPA) 15 U.S.C. §1692c(a)(1), Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692d(5) and Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692d(6), Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692e(10), the California Rosenthal Fair Debt Collection Practices Act (CFDCPA).

2. Plaintiff contends that the Defendant has violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), 15 U.S.C. §1692k(d), California Stat. § 1788, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367, Jurisdiction arises under Cal. Civ. Pro. §410.10. Defendant conducts business in the state of California and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. §1391b and Cal. Civ. Pro. §395(a). Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## PARTIES

5. Plaintiff, RONALD CUPP, ("CUPP") is a natural person and is a resident of Sonoma County, California.

6. Upon information and belief Defendant, SETH J. FEINBERG ("FEINBERG") is a natural person who's office is at 1000 Broadway, Suite 200H, Oakland, CA 94607.

7. Defendant SETH J. FEINBERG is a debt collector, subject to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 & seq. ("FDCPA").

VERIFIED COMPLAINT FOR DAMAGES

8. Defendant SETH J. FEINBERG is an attorney, an entity which collects debts, bringing it within the ambit of the California Rosenthal Fair Debt Collection Practices Act Civil Code 1788 ("CFDCPA").

## FACTUAL ALLEGATIONS

9. Plaintiff has no prior or present established relationship with the Defendant SETH J. FEINBERG.

10. Plaintiff has never given Defendant express permission to call Plaintiff's cellular phone.

11. Plaintiff has no contractual obligation to pay Defendant SETH J. FEINBERG.

12. On June 4, 2015 at 12:07 p.m. Defendant SETH J. FEINBERG called Plaintiff's cell phone 707-318-9929 from number 510-648-3533 with no prior permission given by Plaintiff. **(Exhibit A)**.

13. On June 4, 2015 at 12:07 p.m. Defendant SETH J. FEINBERG asserted a right which it lacks, to wit, the right to enforce a debt.

14. On June 4, 2015 at 12:07 p.m. Defendant SETH J. FEINBERG failed to identify that they were debt collectors attempting to collect a debt.

15. On June 4, 2015 Defendant SETH J. FEINBERG attempted to collect a debt by attempting rescission of Plaintiff's valid negotiable instrument(s), to wit: a private promissory note and Deed of Trust.

16. On June 12, 2015 Defendant SETH J. FEINBERG continued to collect a debt by attempting an Ex-Parte Hearing in Alameda Superior Court Case RG15756876, by false and deceptive means, stating service (collection attempt) was proper in February 2015.

**COUNT I**
**VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT 47 U.S.C. §227(b)(1)(A)(iii) BY DEFENDANT SETH J. FEINBERG.**

17. Plaintiff alleges and incorporates the information in all previous paragraphs.

18. Defendant SETH J. FEINBERG has called the Plaintiffs cellular phone contrary to 47 U.S.C. §227(b)(1)(A)(iii).

19. 47 U.S.C. §227(b)(1)(A)(iii) states in part;

> (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

20. Defendant SETH J. FEINBERG has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given SETH J. FEINBERG permission to call Plaintiffs cellular phone. The call is subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as it was intentional. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

21. Plaintiff and SETH J. FEINBERG do not have an established business relationship within the meaning of 47 U.S.C. §227. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

**WHEREFORE,** Plaintiff demands judgment for damages against SETH J. FEINBERG for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to 47 U.S.C §227.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692c(a)(1) BY DEFENDANT SETH J. FEINBERG.**

22. Plaintiff alleges and incorporates the information in all previous paragraphs.

23. Defendant SETH J. FEINBERG placed telephone call to the Plaintiff's cellular telephone.

24. Defendant knew or should have known that the phone calls made were inconvenient to the consumer.

25. Defendant SETH J. FEINBERG violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff's cellular phone no prior permission given by Plaintiff.

26. Such communication is prohibited by 15 U.S.C. §1692c(a)(1).

27. 15 U.S.C. §1692c(a)(1) states in part;

> (a) COMMUNICATION WITH THE CONSUMER GENERALLY. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt—
>
> (1) at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer. In the absence of knowledge of circumstances to the contrary, a debt collector shall assume that the convenient time for communicating with a consumer is after 8 o'clock antimeridian and before 9 o'clock postmeridian, local time at the consumer's location;

**WHEREFORE,** Plaintiff demands judgment for damages against SETH J. FEINBERG for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692.

## COUNT III
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692d(5) BY DEFENDANT SETH J. FEINBERG.

28. Plaintiff alleges and incorporates the information in all previous paragraphs.

29. Defendant SETH J. FEINBERG violated 15 U.S.C. §1692d(5) by calling the Plaintiff causing the Plaintiff's phone to ring with the intent to annoy, abuse, or harass the Plaintiff with no prior permission given by Plaintiff.

30. This intentional calling by SETH J. FEINBERG has caused the Plaintiff undue stress, relationship issues, nervousness and embarrassment.

31. 15 U.S.C. §1692d(5) states in part;

> A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

**WHEREFORE,** Plaintiff demands judgment for damages against SETH J. FEINBERG for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692.

### COUNT IV
### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692e(10) BY DEFENDANT SETH J. FEINBERG.

32. Plaintiff alleges and incorporates the information in all previous paragraphs.

33. Defendants SETH J. FEINBERG violated 15 U.S.C. §1692e(10) by the use of a false representation or deceptive means to collect or attempt to collect a debt or to obtain information concerning a consumer.

34. 15 U.S.C. §1692e(10) states in part;

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

**WHEREFORE,** Plaintiff demands judgment for damages against SETH J. FEINBERG for actual, statutory, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692.

### COUNT V
### VIOLATION OF VIOLATION OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CC 1788 *et seq.* BY DEFENDANT SETH J. FEINBERG.

35. Plaintiff alleges and incorporates the information in all previous paragraphs.

36. Plaintiff is a consumer within the meaning of 15 USC 1692 *et seq.*

37. Defendant is seeking to collect a consumer debt from Plaintiff as defined by Cal. Civ. §1788(f).

38. The account in question is a consumer credit transaction ad defined by Cal. Civ. §17882(e) as Plaintiff has allegedly received property, services or money from the Defendants client on an extension of credit and such property, services or money was used primarily for personal, family or household purposes.

39. Defendant violated §1788.11(d) of the CFDCPA by placing collection calls to Plaintiff and required Court Appearance so as to annoy Plaintiff.

40. Defendant violated §1788.11(e) of the CFDCPA by placing collection calls to Plaintiff and requiring court appearance with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances.

41. Defendant violated the §1788.17 of the CFDCPA by continuously failing to comply with the statutory regulations contained with the FDCPA 15 USC §1692 *et seq.*

    i. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    ii. Defendant violated §1692d(5) of the FDCPA by causing a telephone ring and requiring court appearance with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE,** Plaintiff demands judgment for damages against SETH J. FEINBERG for actual, statutory, and attorney's fees pursuant to §1788.30(b) and costs, pursuant to §1788.30(c).

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 29th of June, 2015

*/s/ Ronald Cupp*

RONALD CUPP
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
707-318-9929
ronc2009@gmail.com

# VERIFICATION

### Declarations of Ronald Cupp

I, Ronald Cupp declare as follows:

1. I am the Plaintiff in the above entitled matter.

2. I am of age, sound of mind and competent to testify to facts based on first hand knowledge of above items so stated.

3. I have been damaged financially, socially and emotionally as a result of Defendant's unlawful actions and conduct.

4. I have read the foregoing pleading and know the facts therein stated to be true and correct.

5. I declare, under penalty of perjury pursuant to the laws of California and the United States, that the foregoing is true and correct to the best of my knowledge, information and belief.

*/s/ Ronald Cupp*
Ronald Cupp, Declarant


at&t

RONALD CUPP
15 ECHO AVE
CORTE MADERA, CA 94925-1826

Page: 7 of 22
Bill Cycle Date: 05/17/15 - 06/16/15
Account: 436125136442

Visit us online at: **www.att.com**

**707 318-9929**
RONALD CUPP

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Monday, 06/01** | | | | | | | |
| 09:23a | SNFC C CA | 415-377-8090 | SDDV | | 3 | 0.00 | 0.00 |
| 09:44a | FRNK M CA | 510-396-7189 | SDDV | | 1 | 0.00 | 0.00 |
| 09:59a | INCOMI CL | 707-393-8239 | SDDV | | 14 | 0.00 | 0.00 |
| 10:22a | SANTA CA | 707-953-3552 | SDDV | | 1 | 0.00 | 0.00 |
| 10:26a | INCOMI CL | 707-483-7689 | SDDV | | 2 | 0.00 | 0.00 |
| 11:21a | INCOMI CL | 415-453-8927 | SDDV | | 2 | 0.00 | 0.00 |
| 11:35a | SANTA CA | 707-888-8257 | SDDV | | 2 | 0.00 | 0.00 |
| 11:52a | INCOMI CL | 707-478-2012 | SDDV | | 1 | 0.00 | 0.00 |
| 12:40p | SNFC C CA | 415-377-8090 | SDDV | | 2 | 0.00 | 0.00 |
| 01:09p | SANTA CA | 707-478-2012 | SDDV | | 1 | 0.00 | 0.00 |
| 01:10p | SANTA CA | 707-545-3386 | SDDV | | 1 | 0.00 | 0.00 |
| 01:23p | INCOMI CL | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 01:33p | SNFC C CA | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 02:27p | INCOMI CL | 707-478-2012 | SDDV | | 2 | 0.00 | 0.00 |
| 02:29p | SAUSAL CA | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 02:41p | INCOMI CL | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 03:32p | SNFC C CA | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 03:33p | INCOMI CL | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | INCOMI CL | 707-321-3711 | SDDV | | 4 | 0.00 | 0.00 |
| 04:43p | INCOMI CL | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 04:43p | INCOMI CL | 707-280-7425 | SDDV | | 2 | 0.00 | 0.00 |
| 06:13p | INCOMI CL | 415-377-8090 | SDDV | | 3 | 0.00 | 0.00 |
| 07:45p | SANTA CA | 707-321-3711 | SDDV | | 8 | 0.00 | 0.00 |
| 08:06p | SANTA CA | 707-321-3711 | SDDV | | 4 | 0.00 | 0.00 |
| 08:27p | SANTA CA | 707-321-3711 | SDDV | | 1 | 0.00 | 0.00 |
| 08:29p | SNFC C CA | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 08:30p | INCOMI CL | 707-321-3711 | SDDV | | 3 | 0.00 | 0.00 |
| 08:39p | INCOMI CL | 510-396-7189 | SDDV | | 13 | 0.00 | 0.00 |
| **Tuesday, 06/02** | | | | | | | |
| 08:50a | SANTA CA | 707-888-8257 | SDDV | | 2 | 0.00 | 0.00 |
| 10:01a | INCOMI CL | 707-321-3711 | SDDV | | 2 | 0.00 | 0.00 |
| 10:02a | SANTA CA | 707-322-1280 | SDDV | | 7 | 0.00 | 0.00 |
| 10:11a | INCOMI CL | 707-321-3711 | SDDV | | 10 | 0.00 | 0.00 |
| 10:20a | CALL WAIT | 707-322-1280 | SDDV | CW | 6 | 0.00 | 0.00 |
| 10:26a | SANTA CA | 707-321-3711 | SDDV | | 7 | 0.00 | 0.00 |
| 10:33a | INCOMI CL | 707-321-3711 | SDDV | | 4 | 0.00 | 0.00 |
| 11:11a | INCOMI CL | 707-321-3711 | SDDV | | 4 | 0.00 | 0.00 |
| 11:30a | INCOMI CL | 707-483-7689 | SDDV | | 30 | 0.00 | 0.00 |
| 12:00p | SAUSAL CA | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 12:10p | SNFC C CA | 415-377-8090 | SDDV | | 7 | 0.00 | 0.00 |
| 12:33p | INCOMI CL | 347-662-2497 | SDDV | | 1 | 0.00 | 0.00 |
| 01:08p | INCOMI CL | 707-321-3711 | SDDV | | 1 | 0.00 | 0.00 |
| 01:09p | SANTA CA | 707-321-3711 | SDDV | | 9 | 0.00 | 0.00 |
| 01:21p | SNFC C CA | 415-377-8090 | SDDV | | 2 | 0.00 | 0.00 |
| 01:23p | SAUSAL CA | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 01:24p | INCOMI CL | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 01:47p | INCOMI CL | 661-623-9396 | SDDV | | 12 | 0.00 | 0.00 |
| 09:47p | INCOMI CL | 707-321-3711 | SDDV | | 13 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Wednesday, 06/03** | | | | | | | |
| 09:24a | INCOMI CL | 707-596-2902 | SDDV | | 1 | 0.00 | 0.00 |
| 11:35a | INCOMI CL | 707-527-1015 | SDDV | | 4 | 0.00 | 0.00 |
| 12:47p | INCOMI CL | 707-321-3711 | SDDV | | 1 | 0.00 | 0.00 |
| 12:52p | PTLM M CA | 707-364-1340 | SDDV | | 2 | 0.00 | 0.00 |
| 04:06p | SANTA CA | 707-217-5013 | SDDV | | 2 | 0.00 | 0.00 |
| 04:32p | ABBEVI LA | 337-422-9200 | SDDV | | 1 | 0.00 | 0.00 |
| 07:01p | SNFC C CA | 415-377-8090 | SDDV | | 2 | 0.00 | 0.00 |
| 07:02p | SANTA CA | 707-332-6176 | SDDV | | 7 | 0.00 | 0.00 |
| 07:09p | INCOMI CL | 415-377-8090 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | INCOMI CL | 707-322-1280 | SDDV | | 3 | 0.00 | 0.00 |
| **Thursday, 06/04** | | | | | | | |
| 09:15a | SAN RA CA | 415-444-7180 | SDDV | | 9 | 0.00 | 0.00 |
| 09:50a | SANTA CA | 707-542-1154 | SDDV | | 5 | 0.00 | 0.00 |
| 09:57a | SANTA CA | 707-542-1154 | SDDV | | 3 | 0.00 | 0.00 |
| 10:01a | SAUSAL CA | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 10:02a | INCOMI CL | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56a | INCOMI CL | 707-235-9842 | SDDV | | 2 | 0.00 | 0.00 |
| 11:02a | SANTA CA | 707-483-7689 | SDDV | | 2 | 0.00 | 0.00 |
| 11:05a | INCOMI CL | 707-235-9842 | SDDV | | 2 | 0.00 | 0.00 |
| 11:12a | SANTA CA | 707-235-9842 | SDDV | | 1 | 0.00 | 0.00 |
| 11:29a | INCOMI CL | 707-322-1280 | SDDV | | 2 | 0.00 | 0.00 |
| 11:38a | SANTA CA | 707-235-9842 | SDDV | | 2 | 0.00 | 0.00 |
| 11:42a | SANTA CA | 707-543-3006 | SDDV | | 2 | 0.00 | 0.00 |
| 12:03p | INCOMI CL | 415-453-3453 | SDDV | | 1 | 0.00 | 0.00 |
| 12:07p | INCOMI CL | 510-648-3533 | SDDV | | 13 | 0.00 | 0.00 |
| 12:51p | INCOMI CL | 707-787-7171 | SDDV | | 1 | 0.00 | 0.00 |
| 01:36p | INCOMI CL | 415-377-8090 | SDDV | | 6 | 0.00 | 0.00 |
| 01:41p | ABBEVI LA | 337-422-9200 | SDDV | | 1 | 0.00 | 0.00 |
| 01:44p | SAUSAL CA | 415-272-6893 | SDDV | | 1 | 0.00 | 0.00 |
| 01:44p | CALL WAIT | 337-422-9200 | SDDV | CW | 2 | 0.00 | 0.00 |
| 01:47p | PTLM M CA | 707-787-7171 | SDDV | | 2 | 0.00 | 0.00 |
| 02:40p | SANTA CA | 707-217-5013 | SDDV | | 3 | 0.00 | 0.00 |
| 02:42p | CORTMA CA | 415-924-3625 | SDDV | | 3 | 0.00 | 0.00 |
| 02:53p | SAUSAL CA | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 02:53p | PTLM M CA | 707-787-7171 | SDDV | | 1 | 0.00 | 0.00 |
| 02:54p | PTLM M CA | 707-787-7171 | SDDV | | 1 | 0.00 | 0.00 |
| 02:56p | INCOMI CL | 707-787-7171 | SDDV | | 1 | 0.00 | 0.00 |
| 03:01p | SAUSAL CA | 415-272-6893 | SDDV | | 1 | 0.00 | 0.00 |
| 03:02p | SANTA CA | 707-322-1280 | SDDV | | 1 | 0.00 | 0.00 |
| 03:13p | SANTA CA | 707-332-6176 | SDDV | | 1 | 0.00 | 0.00 |
| 03:18p | INCOMI CL | 415-480-9691 | SDDV | | 1 | 0.00 | 0.00 |
| 03:25p | INCOMI CL | 415-272-6893 | SDDV | | 3 | 0.00 | 0.00 |
| 04:12p | INCOMI CL | 707-217-5013 | SDDV | | 2 | 0.00 | 0.00 |
| 05:11p | Toll F CL | 800-488-1490 | SDDV | | 1 | 0.00 | 0.00 |
| 05:19p | INCOMI CL | 707-332-6176 | SDDV | | 3 | 0.00 | 0.00 |
| 07:35p | INCOMI CL | 707-892-3297 | SDDV | | 1 | 0.00 | 0.00 |
| **Friday, 06/05** | | | | | | | |
| 09:34a | SANTA CA | 707-486-4486 | SDDV | | 18 | 0.00 | 0.00 |
| 09:53a | INCOMI CL | 707-486-4486 | SDDV | | 8 | 0.00 | 0.00 |
| 10:19a | SNFC C CA | 415-986-5900 | SDDV | | 4 | 0.00 | 0.00 |
| 11:46a | FRNK M CA | 510-648-3533 | SDDV | | 1 | 0.00 | 0.00 |
| 12:38p | SANTA CA | 707-217-5013 | SDDV | | 1 | 0.00 | 0.00 |
| 02:00p | SANTA CA | 707-217-5013 | SDDV | | 3 | 0.00 | 0.00 |
| 02:15p | SANTA CA | 707-543-3230 | SDDV | | 3 | 0.00 | 0.00 |

EXHIBIT A