Ronald Cupp
Ronc2009@gmail.com
150 Raley Town Center, Suite 2512
Rohnert Park, CA 94928
Tel: (707) 318-9929

Plaintiff Pro Se


James A. Murphy - 62223
jmurphy@mpbf.com
John P. Girarde - 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
**SETH J. FEINBERG**

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>Plaintiff,<br><br>v.<br><br>SETH J. FEINBERG,<br><br>Defendant. | Case No.: 3:15-cv-03010-MMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action is voluntarily dismissed by Plaintiff RONALD CUPP, with prejudice, against Defendant SETH J. FEINBERG pursuant to Federal Rules Of Civil Procedure, Rule 41(a)(1)(A)(ii), each party to bear his own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: __Nov 3__, 2015

_____
RONALD CUPP, Plaintiff Pro Se

- 1 -
STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL    Case No. 3:15-cv-03010-
RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)    MMC

Dated: November 6, 2015

_____
SETH J. FEINBERG, Defendant

JPG.20989789.docx

# CERTIFIATE OF SERVICE

I, Alice Kay, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 6, 2015, I served the following document on the parties in the within action:

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(a)(ii)**

| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|---|---|

Ronald Cupp                                   Plaintiffs *In Pro Per*
150 Raley Town Center, Suite 2512
Rohnert Park, CA 94928
Tel: (707 318-9929
Ronc2009@gmail.com

I declare under penalty of perjury under the laws of the United States of American that the foregoing is a true and correct statement and that this Certificate was executed on November 6, 2015.

By : ___*/s/ Alice Kay*___
Alice Kay